## GARLINGTON v. STATE.
### No. 18968.

Court of Criminal Appeals of Texas.

April 28, 1937.

Glenn Faver, of Jasper, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for twenty years.

The indictment appears regular. The facts heard before the trial court are not brought forward for review. No complaints of the rulings of the trial judge have been presented by bills of exception or otherwise.

The judgment is affirmed.